UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUSAN K. CHARNOK | ) | Chapter 7 |
| | ) | Case No. 18-30840-EDK |
| Debtor | ) | |
| | ) | |

01/15/2019 GRANTED. THE DEADLINE FOR THE UNITED STATES TRUSTEE IS EXTENDED TO FEBRUARY 26, 2019.

[Signature: Elizabeth D. Katz]

MOTION OF UNITED STATES TRUSTEE TO EXTEND DEADLINE FOR FILING COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND FOR FILING MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(1) & (3)

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 307, Fed. R. Bankr. P.1017(e) and 4004(b), the United States Trustee hereby requests that the Court extend the time within which he may file a complaint objecting to discharge pursuant to 11 U.S.C. § 727, and a motion to dismiss pursuant to § 707(b)(1) & (3), to February 26, 2019.  In support, the United States Trustee says:

1. Susan K. Charnok, (the "Debtor"), filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on September 27, 2018.

2. Jack E. Houghton, Jr. has been appointed as the Chapter 7 trustee in this case.

3. The matters set forth herein constitute a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. The first date set for the meeting of creditors under 11 U.S.C. § 341 was November 26, 2018.  The deadline for filing a complaint objecting to discharge pursuant to 11 U.S.C. § 727, and for filing a motion to dismiss pursuant to 11 U.S.C. § 707(b)(1) & (3), is December 28, 2018.