# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   ) | |
|    SUSAN K. CHARNOK   ) | CHAPTER 7 |
|       Debtor,   ) | CASE #18-30840-EDK |
|    ) | |

## NOTICE OF TRUSTEE'S REQUEST
## FOR AUTHORITY TO ABANDON REAL PROPERTY
### (93 Grassy Plains, Bethel, CT 06801)

To: The Office of the U.S. Trustee and all parties of interest:

1. Notice is hereby given that Jack E. Houghton, Jr., the duly appointed, Chapter 7 Trustee in the above captioned bankruptcy case ("Trustee"), pursuant to 11 U.S.C. Sec. 554, seeks authority to abandon certain real property of this bankruptcy estate.

2. The property is located at 93 Grassy Plains, Bethel, Connecticut ("Property").

3. That in support of the abandonment, the Trustee represents:

(a) Upon information and belief, the Debtor owns a one-half interest in the Property. The Trustee has conversed with a local real estate broker who opined that the Property had a fair market value of $195,000. The Property has no equity which is beneficial to the estate.

(b) Upon information and belief, Bank of America is the holder of a first mortgage on the Property with a payoff on December 18, 2018 of $208,806.87.

(c) Upon information and belief, The Estate of Gregory Kendell holds a second mortgage on the Property with an approximate payoff of $122,250.00.

(d) The real estate taxes to the Town of Bethel, Connecticut exceed $19,000.

(e) The Debtor initially neglected to list the Property in her Bankruptcy Schedules; however later amended Schedule A to include the Property with an "unknown" value.

(f) The Property is not the Debtors' residence.

    (g)    Upon information and belief the Property is in poor condition was listed for sale, rented, and then abandoned by the Debtor.

Dated: September 5, 2019

/s/ Jack E. Houghton, Jr.
Jack E. Houghton, Jr., Esq.
Chapter 7 Trustee
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO #241040
JHoughtonJr@aol.com

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
|    SUSAN K. CHARNOK ) | CHAPTER 7 |
|                       Debtor, ) | CASE #18-30840-EDK |
| ) | |

## CERTIFICATE OF SERVICE

      I, Jack E. Houghton, Jr., Chapter 7 Trustee in the above mentioned Chapter 7 hereby certify that I have, this day, sent a copy of Notice Of Trustee' Request For Authority To Abandon Real Property (7 Crystal Street, Lenoxdale, MA) by electronic filing and/or by first class mail, postage prepaid, to the following as well as those listed on the attached Service List:

Office of the U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Debtor:
Susan K. Charnok
139 Francis Avenue
Apt. A
Pittsfield, MA 01201

Attorney for the Debtor:
Jennifer M. Breen, Esq.
1326 MASS MoCA Way
North Adams, MA 01247

Town of Bethel
Collector of Taxes
P.O. Box 274
Bethel, CT 06801

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024

Stafanie D. Howell, Esq.
Brock and Scott, PLLC
1080 Main Street, Suite 200
Pawtucket, RI 02860
newenglandBKR@brockandscott.com

Douglas Green, Esq.
Bradley & Faulkner, PC.
P.O. Box 666
Keene, NH 03431
DGreen@BradleyFaulkner.com

Any and all parties requesting notices per ECF system.

Dated: September 5, 2019                    /s/ Jack E. Houghton, Jr.
                                            Jack E. Houghton, Jr., Trustee
                                            78 Bartlett Avenue
                                            Pittsfield, MA 01201
                                            (413) 447-7385
                                            JhoughtonJr@aol.com

Service List:

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Bank of America PO Box 15019
Wilmington, DE 19886-5019

Cardmember Services
PO Box 790408
Saint ouis, MO 63179-0408

Elan Financial Services
PO Box 108
Saint Louis, MO 63166-0108

Hochberg Law Offices, P.C.
122 North St., Ste 301
Pittsfield, MA 01201-5104

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604-4917

SYNCB/Carecredit
PO Box 960061
Orlando, FL 32896-0061

SYNCB/Walmart
PO Box 965036
Orlando, FL 32896-5036

Town of Bethel
Public Utility Dept.
PO Box 274
Bethel, CT 06801-0274

Town of Halifax
Town Treasurer
PO Box 127
West Halifax, VT 05358-0127

Walmart/Synchrony Bank
PO Box 530927
Atlanta, GA 30353-0927

Brock and Scott, PLLC
Attorneys at Law
1080 Main Street, Suite 200
Pawtucket, RI 02860

Attn: Stefanie D. Howell, Esq.