# UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
|    SUSAN K. CHARNOK ) | CHAPTER 7 |
|              Debtor, ) | CASE #18-30840-EDK |
| ) | |

### NOTICE OF WITHDRAWAL OF NOTICE OF TRUSTEE'S REQUEST
### FOR AUTHORITY TO ABANDON REAL PROPERTY
### (93 Grassy Plains, Bethel, CT 06801)

NOW comes Jack E. Houghton, Jr., Chapter 7 Trustee in the above mentioned matter and hereby WITHDRAWS his Notice of Trustee's Request For Authority To Abandon Real Property (93 Grassy Plains, Bethel, CT 06801), filed on September 5, 2019 (Doc. #62).

Date: September 23, 2019

    /s Jack E. Houghton, Jr.
Jack E. Houghton, Jr., Trustee
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO #241040

09/24/2019 SO NOTED.