United States Bankruptcy Court
District of Massachusetts

In re:
Susan K. Charnok
      Debtor

Case No. 18-30840-edk
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-3     User: agodere     Page 1 of 1     Date Rcvd: Nov 26, 2019
                             Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
db            +Susan K. Charnok,    139 Francis Avenue,    Apt. A,    Pittsfield, MA 01201-4543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
       Andrew Cannella    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust Series 2016-CTT bkecf@bmpc-law.com
       Jack E. Houghton    jhoughtonjr@aol.com, ma05@ecfcbis.com
       Jack E. Houghton, Jr.    on behalf of Trustee Jack E. Houghton JHoughtonJr@aol.com, r51235@notify.bestcase.com
       Jack E. Houghton, Jr.    on behalf of Plaintiff Jack E. Houghton, Jr. JHoughtonJr@aol.com, r51235@notify.bestcase.com
       Jeffrey J. Hardiman    on behalf of Creditor    Bank of America, N.A. jeffrey.hardiman@brockandscott.com, wbecf@brockandscott.com;patrice.moone@brockandscott.com;newenglandbkr@brockandscott.com
       Jennifer Breen    on behalf of Debtor Susan K. Charnok jenny.breen.esq@gmail.com
       Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
       Stephen E. Meunier    on behalf of Assistant U.S. Trustee Richard King stephen.meunier@usdoj.gov
                                                                                                    TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: 18-30840-EDK | ) | Chapter 7 Proceeding |
| | ) | |
| Susan K. Charnok | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ) ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Susan K. Charnok | ) | |
| and Jack E. Houghton, Trustee | ) | |
| Respondent | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

After notice and a hearing on U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (hereafter, the "Movant") Motion for Relief from the Automatic Stay, (hereafter, the "Motion") Doc. I.D. No. ____:

**IT IS HEREBY ORDERED** that the Motion is Granted—the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to real property known as 93 Grassy Plains, Bethel, CT 06801 in accordance with applicable state law, and

**IT IS FURTHER ORDERED** that the Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor. The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence to offer such an agreement. In the event the Debtor receives a discharge, any such agreement shall be non-recourse against the Debtor unless Movant's debt was included in a reaffirmation agreement.

11/26/2019

Elizabeth D. Katz
United States Bankruptcy Judge